ADOLPH M. ENGEL, Appellant, *v.* CHESTON SIMMONS, JR., et al., Respondents.

(Submitted May 11, 1931; decided May 19, 1931.)

*John L. Lockwood* for motion.
*Albert Adams* opposed.

Motion granted and appeal dismissed in so far as it refers to the order, and, in so far as it refers to the judgment, granted and appeal dismissed, with costs and ten dollars costs of motion unless the record and appellant's brief be served and filed and ten dollars costs be paid within thirty days.